UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIVIANA MALDONADO and JORGE RODRIGUEZ, individually, and as co-special administrators and co-special representatives of the estate of Stephanie Rodriguez, Deceased<br><br>    Plaintiffs,<br><br>  v.<br><br>MOUNT SINAI HOSPITAL MEDICAL CENTER OF CHICAGO; ACCESS COMMUNITY HEALTH NETWORK d/b/a HAWTHORNE FAMILY HEALTH CENTER; THE UNITED STATES OF AMERICA; MARLENE O. GREEN, M.D.; IBRAHAM DOGAN, M.D. and CLARA LOPEZ, R.N.,<br><br>    Defendants. | FILED: OCTOBER 27, 2008<br>08CV6141<br>JUDGE HIBBLER<br>MAGISTRATE JUDGE NOLAN<br>CH<br><br>No.<br><br>Formerly Case No. 05 L 1091, Circuit Court of Cook County, Illinois. |

## NOTICE OF REMOVAL OF A CIVIL ACTION

TO: Dorothy Brown    Jeffrey M. Goldberg   Cunnigham Meyer Vedrine
   Clerk of the Circuit Court  Law Offices      4200 Cantera, Dr. #112
    of Cook County    20 N. Clark, Suite 3100  Warrenville, Illinois 60555
   Room # 602      Chicago, Illinois 60602
   Richard J. Daley Center
   Chicago, Illinois 60602

   Donohue Brown Mathewsons
   140 South Dearborn, Suite 700
   Chicago, Illinois 60603

  The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, pursuant to 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook

County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois, and in support thereof, states the following

1. On September 25, 2008, plaintiffs commenced the above civil action against Access Community Health Network d/b/a Hawthorne Family Health Center and Marlene Green, M.D., alleging a proportionate share of liability for plaintiff's injuries. Copies of all process, pleadings and orders served upon the third party defendants are attached pursuant to 28 U.S.C. § 1446(a) as Exhibit A.

2. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, upon certification by the designee of the Attorney General of the United States, that the third party defendants were acting within the scope of their employment as federal government employees at the time of the incident out of which the claim arose. *See* Certification attached as Exhibit B.

3. Notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

4. Pursuant to the Certification by the Attorney General's designee and the filing of this notice of removal, this civil action shall be deemed an action against the United States under 28 U.S.C. § 2679 and 42 U.S.C. § 233, and the United States shall be substituted as the party third party defendants in lieu of Access Community Health Network d/b/a Hawthorne Family Health Center and Marlene Green, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United

States is substituted as defendant in lieu of Access Community Health Network d/b/a Hawthorne Family Health Center and Marlene Green, M.D.

           Respectfully submitted,

           PATRICK J. FITZGERALD
           United States Attorney

           By: s/ Eileen M. Marutzky
            EILEEN M. MARUTZKY
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 353-1998
            eileen.marutzy@usdoj.gov

## **CERTIFICATE OF SERVICE**

Eileen M. Marutzky hereby certifies that on October 27, 2008, she caused a copy of: **NOTICE OF REMOVAL OF A CIVIL ACTION** to be placed in a postage-paid envelope addressed to the following named individual(s) and deposited in the United States mail in the United States Courthouse, Chicago, Illinois.

TO:    Dorothy Brown                    Jeffrey M. Goldberg         Cunnigham Meyer Vedrine
        Clerk of the Circuit Court     Law Offices                 4200 Cantera Dr., #112
         of Cook County              20 N. Clark, Suite 3100    Warrenville, Illinois 60555
        Room # 602                       Chicago, Illinois 60602
        Richard J. Daley Center
        Chicago, Illinois 60602

        Donohue Brown Mathewsons
        140 South Dearborn, Suite 700
        Chicago, Illinois 60603

                                                               s/ Eileen M. Marutzky
                                                               EILEEN M. MARUTZKY
                                                               Assistant United States Attorney