Case: 1:08-cv-06141 Document #: 14-2 Filed: 11/18/08 Page 1 of 3 PageID #:104

Case 1:07-cv-01889 Document 1 Filed 04/05/2007 Page 1 of 1

**FILED**
APRIL 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE VALDEZ**

| | |
|---|---|
| VIVIANA MALDONADO and JORGE RODRIGUEZ, individually, and as co-special administrators and co-special representatives of the estate of Stephanie Rodriguez, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) **07 C 1889** |
| v. | ) ) **WAH** |
| MOUNT SINAI HOSPITAL MEDICAL CENTER OF CHICAGO; ADVENTIST HEALTH SYSTEM MIDWEST REGION FOUNDATION MARISSA T. CARMODY, M.D.; IBRAHIM DOGAN, M.D.; CLARA LOPEZ, R.N.; and SORROCO MORENO, R.N., | ) ) ) ) ) ) ) Formerly Case No. 05 L 1091, Circuit Court of Cook County, Illinois. |
| Defendants. | ) |
| MOUNT SINAI HOSPITAL MEDICAL CENTER OF CHICAGO, IBRAHIM DOGAN, M.D.; CLARA LOPEZ, R.N.; and SORROCO MORENO, R.N., | ) ) ) ) |
| Third-Party Plaintiffs, | ) |
| v. | ) |
| ACCESS COMMUNITY HEALTH NETWORK, d/b/a HAWTHORNE FAMILY HEALTH CENTER; MARLENE GREEN, M.D. | ) ) ) ) |
| Third-Party Defendants. | ) |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

TO:   Dorothy A. Brown, Clerk
          Circuit Court of Cook County
          Room 801 Richard J. Daley Center
          50 W. Washington Street
          Chicago, Illinois 60602

William D. Nolen
Anderson, Rasor & Partners, LLP
55 E. Monroe St., Suite 3650
Chicago, Illinois 60603



PLAINTIFF'S EXHIBIT 1

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, pursuant to 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois, and in support thereof, states the following

1. On February 28, 2007, Third Party Plaintiffs commenced the above civil action against Access Community Health Network d/b/a Hawthorne Family Health Center and Marlene Green, M.D., alleging a proportionate share of liability for plaintiff's injuries. Copies of all process, pleadings and orders served upon the third party defendants are attached pursuant to 28 U.S.C. § 1446(a) as Exhibit A.

2. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, upon certification by the designee of the Attorney General of the United States, that the third party defendants were acting within the scope of their employment as federal government employees at the time of the incident out of which the claim arose. *See* Certification attached as Exhibit B.

3. Notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

4. Pursuant to the Certification by the Attorney General's designee and the filing of this notice of removal, this civil action shall be deemed an action against the United States under 28 U.S.C. § 2679 and 42 U.S.C. § 233, and the United States shall be substituted as the party third party defendants in lieu of Access Community Health Network d/b/a Hawthorne Family Health Center and Marlene Green, M.D.

2

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United States is substituted as defendant in lieu of Access Community Health Network d/b/a Hawthorne Family Health Center and Marlene Green, M.D.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Eileen M. Marutzky*
EILEEN M. MARUTZKY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1998