UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIVIANA MALDONADO and JORGE RODRIGUEZ, individually, and as co-special administrators and co-special representatives of the estate of Stephanie Rodriguez, Deceased<br><br>    Plaintiffs,<br><br>v.<br><br>MOUNT SINAI HOSPITAL MEDICAL CENTER OF CHICAGO; ACCESS COMMUNITY HEALTH NETWORK d/b/a HAWTHORNE FAMILY HEALTH CENTER; THE UNITED STATES OF AMERICA; MARLENE O. GREEN, M.D.; IBRAHAM DOGAN, M.D. and CLARA LOPEZ, R.N.,<br><br>    Defendants. | No.<br><br>Formerly Case No. 05 L 1091, Circuit Court of Cook County, Illinois. |

## NOTICE OF REMOVAL OF A CIVIL ACTION

TO:   Dorothy Brown               Jeffrey M. Goldberg         Cunnigham Meyer Vedrine
      Clerk of the Circuit Court     Law Offices                4200 Cantera, Dr. #112
        of Cook County              20 N. Clark, Suite 3100      Warrenville, Illinois 60555
      Room # 602                     Chicago, Illinois 60602
      Richard J. Daley Center
      Chicago, Illinois 60602

      Donohue Brown Mathewsons
      140 South Dearborn, Suite 700
      Chicago, Illinois 60603

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, pursuant to 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook



PLAINTIFF'S EXHIBIT 3

County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois, and in support thereof, states the following

1. On September 25, 2008, plaintiffs commenced the above civil action against Access Community Health Network d/b/a Hawthorne Family Health Center and Marlene Green, M.D., alleging a proportionate share of liability for plaintiff's injuries. Copies of all process, pleadings and orders served upon the third party defendants are attached pursuant to 28 U.S.C. § 1446(a) as Exhibit A.

2. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, upon certification by the designee of the Attorney General of the United States, that the third party defendants were acting within the scope of their employment as federal government employees at the time of the incident out of which the claim arose. *See* Certification attached as Exhibit B.

3. Notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

4. Pursuant to the Certification by the Attorney General's designee and the filing of this notice of removal, this civil action shall be deemed an action against the United States under 28 U.S.C. § 2679 and 42 U.S.C. § 233, and the United States shall be substituted as the party third party defendants in lieu of Access Community Health Network d/b/a Hawthorne Family Health Center and Marlene Green, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United

States is substituted as defendant in lieu of Access Community Health Network d/b/a Hawthorne Family Health Center and Marlene Green, M.D.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

By: s/ Eileen M. Marutzky
     EILEEN M. MARUTZKY
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-1998
     eileen.marutzy@usdoj.gov