

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| VIVIANA MALDONADO, and JORGE RODRIGUEZ, Individually and as Co-Special Administrators and Co-Special Representatives of the Estate of STEPHANIE RODRIGUEZ, Deceased,<br><br>        Plaintiffs,<br><br>vs.<br><br>MOUNT SINAI HOSPITAL MEDICAL CENTER OF CHICAGO; THE UNITED STATES OF AMERICA; and IBRAHAM DOGAN, M.D.,<br><br>        Defendants. | Case No.: 08 CV 6141<br><br>Assigned Judge:<br>Judge Rebecca R. Pallmeyer |

## ORDER

This cause coming on to be heard on Petition to Settle, due notice having been given, and the court having personal jurisdiction of the parties and subject matter and being fully advised in the premises;

THE COURT FINDS AS FOLLOWS:

1. That the settlement of $980,000.00 with Defendants, Mt. Sinai Hospital and United States Government, is fair and reasonable;

2. That the law firm Jeffrey M. Goldberg Law Offices has provided all legal services to date, and a fee in the amount of $253,333.33 is a fair and reasonable fee;

3. That the Court has reviewed all costs and finds the costs in the amount of $86,734.34 to be fair and reasonable necessary costs;

4. That the Illinois Department of Healthcare and Family Services has asserted a lien in the sum of $12,447.54;

IT IS HEREBY ORDERED THAT:

1. The settlement of $980,000.00 with Defendants, Mt. Sinai Hospital and United States Government, is hereby approved;

2. The law firm Jeffrey M. Goldberg Law Offices shall received $253,333.33 as and for attorney's fees;

3. The law firm Jeffrey M. Goldberg Law Offices shall receive $86,734.34 as and for reimbursement of costs;

4. That the Illinois Department of Healthcare and Family Services shall receive $12,447.54 in full satisfaction of its lien;

5. That the net amount of $627,484.79 distributable to Viviana Maldonado and Jorge Rodriguez, as Co-Special Administrators of the Estate of Stephanie Rodriguez, deceased, be distributed to the next of kin, as follows:

    Viviana Maldonado (50%) = $313,742.40
    Jorge Rodriguez (50%) = $313,742.39

_____
ENTERED

_____ Nov. 18, 2010 _____
DATE


JEFFREY M. GOLDBERG LAW OFFICES
Attorneys for Plaintiffs
20 North Clark Street, Suite 3100
Chicago, Illinois 60602
(312) 236-4146
Attorney No. 25399